# *** CIVIL MOTION MINUTES ***

Date: 8/28/2026

Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:58 - 11:21 (00:23)

Case No.: **1:26-cv-01568-LMB-IDD**

Official Court Reporter: Tonia Harris

Courtroom Deputy: Kate Galluzzo

---

# SILICON DALES LTD ET AL

v.

# STRIDE, INC.

---

Appearances of Counsel for:

[ X ] Plaintiff: Rey Austria, Clinton Brannon
[ X ] Defendant: James Word, Laura Bladow, Timothy Borgerson

**Re:** [ 17 ] MOTION to Dismiss

Argued and:

[ X ] Granted

[ X ] Order to Follow