IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SILICON DALES LTD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1568 (LMB/IDD) |
| | ) | |
| STRIDE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motion to Dismiss Complaint, [Dkt. No. 17], be and is GRANTED; and it is further

ORDERED that plaintiff's Complaint be and is DISMISSED.

The Clerk is directed to enter judgment in favor of defendant under Fed. R. Civ. P. 58; forward copies of this Order to counsel of record.

Entered this 28th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge